# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 1:25-CR-006** |
| | : | |
| **v.** | : | |
| | : | |
| **CHARLES E. JONES, and** | : | |
| **MICHAEL DOWLING,** | : | |
| | : | **MOTION TO UNSEAL** |
| **Defendants.** | : | |
| | : | |
| | : | |

The Court previously issued an order sealing the Indictment and related papers in the above-captioned matter.  All defendants are in custody.  Consequently, the United States now respectfully requests that the Court unseal the Indictment and related papers in the above-captioned case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/ Emily N. Glatfelter*
EMILY N. GLATFELTER (0075576)
MATTHEW C. SINGER (IL 6297632)
Assistant United States Attorneys
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-6385
E-mail: Emily.Glatfelter@usdoj.gov

**IT IS HEREBY ORDERED** that the Indictment and related papers in the above-captioned case be unsealed.

_____                              _____
DATE                                                              HONORABLE STEPHANIE K. BOWMAN
                                                                        UNITED STATES MAGISTRATE JUDGE