UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> CHARLES E. JONES and <br> MICHAEL DOWLING, <br><br> Defendants. | CASE NO. 1:25-CR-00006 <br><br> JUDGE TIMOTHY S. BLACK <br><br> UNOPPOSED MOTION FOR LEAVE TO FILE CHARLES JONES'S REPLY BRIEF AND EXHIBIT UNDER SEAL |

Defendant Charles Jones respectfully moves the Court for leave to file under seal his reply in support of his Motion for a Bill of Particulars and an exhibit to that brief. Mr. Jones seeks to file under seal information and one document that the Government has designated confidential under the Court's Protective Order. That order requires Mr. Jones to redact those references in his brief and file under seal the materials that are being referenced. The government does not object to this motion.

On February 7, 2025, the Court entered a Protective Order that permits the parties to designate documents and information as Tier 1, Tier 2, or Tier 3 Discovery Materials. (Protective Order ¶ 1, ECF No. 31, PAGEID 169.) Tier 1 includes materials that are obtained through publicly available sources or are not likely to adversely affect any party's rights or interests. (*Id.* ¶ 2, PAGEID 169.) Tier 2 includes information provided by third parties pursuant to grand jury subpoenas or other legal processes or agreements. (*Id.* ¶ 3, PAGEID 169-70.) And Tier 3 includes materials that involve, refer, or relate to investigatory techniques or information, among other materials. (*Id.* ¶ 4, PAGEID 170.) The Protective Order states that Tier 2 and Tier 3 materials "attached to Court filings as exhibits shall be filed under seal." (*Id.* ¶ 17, PAGEID 174.)

There is good cause to file the requested materials under seal. Mr. Jones's reply discusses information from documents produced by the Government and designated as Tier 2 and Tier 3.

1

The reply also attaches as an exhibit a letter that the Government has designated as Tier 3.

Mr. Jones intends to file under seal an unredacted version of his reply and the exhibit, and file a redacted version of the reply on the public docket. Only the necessary information required under the Protective Order will be redacted from the version of the reply brief that will be filed on the public docket. This is the least restrictive means to protect the designated information while providing the public with access to Mr. Jones's reply. Moreover, Mr. Jones is proposing redactions only where necessary and filing an exhibit under seal only because the letter has been marked Tier 3 by the Government.

Counsel for Mr. Jones has conferred with the Government regarding this motion. The Government does not oppose filing the reply and exhibit under seal.

For the above reasons, Mr. Jones respectfully requests that the Court grant leave to file his reply and exhibit in support of his Motion for a Bill of Particulars under seal.

Dated: April 10, 2025                                     Respectfully submitted,

*/s/ Carole S. Rendon*
Carole S. Rendon (0070345)
Daniel R. Warren (0054595)
Rachael L. Israel (0072772)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Facsimile: 216-696-0740
Email: crendon@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: risrael@bakerlaw.com

*Attorneys for Defendant Charles E. Jones*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with this Court's electronic filing system on April 10, 2025, which will provide notice to counsel of record.

>  /s/ Carole S. Rendon
>  *Attorney for Defendant Charles E. Jones*